# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESCOBAR, | Civ. Action No.: 17-11821(FLW) |
| Plaintiff, | |
| v. | **ORDER** |
| CLEAN-TEX SERCICES, INC. | |
| Defendants. | |

**THIS MATTER** having been opened to the Court by the Magistrate Judge's Report and Recommendation dated November 19, 2018, recommending that this Court dismiss Plaintiff Ana Escobar's ("Plaintiff) Complaint for failure to comply with Court Orders and to prosecute his case pursuant to Fed. R. Civ. P. 37(b)(2); 41(b); it appearing that the Magistrate Judge, after weighing the factors set forth in *Poulis v. State Farm Casualty Co.*, 747 F.2d 863, 868 (3d Cir. 1984), found that dismissal is warranted because "[Plaintiff] has failed to take the steps necessary to move the case forward. Despite being given every opportunity to litigate her claims, Plaintiff has elected to no longer participate in the case she initiated." *see* Report and Recommendation dated November 19, 2018; it appearing that Plaintiff's actions or inactions have demonstrated a pattern of non-compliance with her obligations under the Rules; it further appearing that Plaintiff has not objected to the Magistrate Judge's recommendations; accordingly, for the reasons set forth in the Magistrate Judge's Report and Recommendation,

**IT IS** on this 21st day of December, 2018,

**ORDERED** that the Magistrate Judge's Report and Recommendation dated November 19, 2018, is hereby **ADOPTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED**.

/s/ Freda L. Wolfson  
Freda L. Wolfson  
United States District Judge